Ivan GIBSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

John Chris Cornett, Cordell H. Martin, Hindman, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

---

HAWKINS BROS. COAL COMPANY, Appellant,

v.

Curtis COLLEY and Workmen's Compensation Board of Kentucky, Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

John H. Baird, Baird & Baird, Pikeville, for appellant.

Herbert Deskins, Jr., Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

---

William E. BARTH,

v.

CITY OF LOUISVILLE, a Municipal Corporation, et al.

Court of Appeals of Kentucky.

June 29, 1973.

Blakey Helm, Thomas James, II, Louisville, for appellant.

James E. Thornberry, Director of Law, Herbert Van Arsdale, II, Asst. Director of Law, Marshall P. Eldred, Jr., Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

Cicero FOX, Appellant,

v.

ISLAND CREEK COAL COMPANY et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

Albert W. Spenard, William R. Thomas, Madisonville, for appellant.

Thomas E. Turner, Mills, Spain, Mitchell & Turner, Madisonville, for appellees.

Memorandum opinion by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.